**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

ROBERT FRAZER
United States Attorney

*Christian H. Carrara*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*        *Main: (856) 757-5026*
*P.O. Box 2098*                       *Direct: (973) 494-6933*
*Camden, NJ 08101*          *christian.carrara2@usdoj.gov*

August 13, 2026

**<u>Via ECF</u>**
Hon. Brian R. Martinotti, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

 Re:   *C.S.J. v. Warden, et al.*, No. 2:26-cv-10223 (BRM)
       Notice of Receipt of Petition

Dear Judge Martinotti:

This Office represents Respondents in the above-captioned habeas matter filed by *pro se* Petitioner and their *next friend*. We write to respectfully follow up on Respondents' Request for Extension, ECF 4, to inform the Court that this Office received a copy of the Petition at 3:01 p.m. on August 13, 2026. Accordingly, we respectfully clarify Respondents' request that the deadlines set forth in the Court's August 12, 2026 Order, ECF 2, be extended by 24 hours.

We thank the Court for its consideration of this matter.

                                Respectfully submitted,

SO ORDERED.

                                ROBERT FRAZER
   *Brian R. Martinotti*              United States Attorney
BRIAN R. MARTINOTTI, USDJ
DATED: AUG. 14, 2026        By:   *s/ Christian H. Carrara*
                                CHRISTIAN H. CARRARA
                                Assistant United States Attorney
                                *Attorneys for Respondents*